No. 76–5350. THOMAS *v.* UNITED STATES; and

No. 76–5402. MILLS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5375. ECKER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76–5380. RICKETTS *v.* TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5395. AYENDES *v.* UNITED STATES; and

No. 76–5460. NOLES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5408. MANVILLE *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 76–5425. BOYER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 76–5443. DIAZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 76–5458. RODRIGUEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–5459. LOPEZ-ESCALANTE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5492. THOMAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–5494. PETERSEN *v.* UNITED STATES; and

No. 76–5512. TEMPLE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5506. URQUHART *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.